

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Sergio Gonzalez,

\* From the 385th District Court
of Midland County
Trial Court No. CR48359.

Vs. No. 11-17-00197-CR

\* June 29, 2018

The State of Texas,

\* Memorandum Opinion by Willson, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.